**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

FEB 2 2 2012

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES OF AMERICA,

                    Plaintiff,

              vs.

MARTIN SAAVEDRA (1),

                    Defendant.

CASE NO. 12CR032

**JUDGMENT OF DISMISSAL**

         IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

__X__ an indictment has been filed in another case against the defendant and
the Court has granted the motion of the Government for dismissal of
this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal,
without prejudice; or

_____ the Court has granted the motion of the defendant for a judgment of
acquittal; or

_____ a jury has been waived, and the Court has found the defendant not
guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

    8 USC 1326 (a) and (b) - Deported Alien Found in the United States

         IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/22/12

_____
William McCurine, Jr.
U.S. Magistrate Judge